IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PHONAKONE SANGATHIT,**
**#R43542,**

        **Plaintiff,**

v.

**ALEX JONES,** *et al.,*

        **Defendants.**

**Case No. 19-cv-00860-SPM**

# MEMORANDUM AND ORDER

**MCGLYNN, District Judge:**

    This matter is before the Court for case management purposes. Defendant Cassandra Chitty was issued summons on Plaintiff's Amended Complaint on December 1, 2020. (Doc. 61). After the initial Waiver of Service was returned unexecuted because Defendant Chitty no longer works at Menard, the Waiver of Service was returned executed on January 14, 2021, and her Answer was due February 8, 2021. (Doc. 66). As of this date, Defendant Chitty has failed to move, answer, or otherwise plead in response to the Amended Complaint.

    The Federal Rules of Civil Procedure provide that the Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED. R. CIV. P. 55(a). Accordingly, the Court **ORDERS** as follows:

    (1)    The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Defendant Chitty in accordance with Federal Rule of Civil Procedure 55(a).

    (2)    Plaintiff is **ORDERED** to move for default judgment against Defendant Chitty on or before **March 16, 2021,** in accordance with Federal Rule of Civil Procedure 55(b).

    (3)    If Plaintiff fails to move for default judgment as set forth in this Order, this entire action will be dismissed as to Defendant Chitty for failure to

      prosecute and/or failure to comply with an order of the Court.

(4)    The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and to Defendant Chitty.

**IT IS SO ORDERED.**

**DATED:**   February 23, 2021

                                          _s/Stephen P. McGlynn_
                                          **STEPHEN P. MCGLYNN**
                                          **United States District Judge**